WILLIAM H. HILLS, Respondent, *v.* THE PEEKSKILL SAVINGS BANK et al., Appellants.

An application for an order dispensing with or limiting the security required to stay execution on appeal to this court, may not be made here, but should be made to the court "in or from which the appeal is taken." (Code of Civil Procedure, § 1312.)

*It seems* that the only cases where the application may be made to the court to which the appeal is taken (except where the appeal is in the same court which rendered the judgment or made the order appealed from) are those where the appeal is to the Supreme Court from an inferior court or to a General Term of the Supreme Court, or of a superior city court in a special proceeding.

(Argued April 15, 1884; decided April 22, 1884.)

THIS was an application to dispense with security on appeal to this court.

The following is the mem. of opinion:

"The appeals are taken under title 2 of chapter 12 of the Code, authorizing appeals to this court, and the application for an order in these cases under section 1312 can only be made to the court from which the appeals are taken. The only cases where, under section 1312, the application can be made to the court to which the appeal is taken (except where the appeal is in the same court which rendered the judgment or made the order appealed from under the fourth title) are those where the appeal is to the Supreme Court from an inferior court, under the third title, or to the General Term of the Supreme Court, or of a superior city court, in a special proceeding, under the fifth title. The motion is, therefore, denied, but without prejudice to an application to the Supreme Court."

*L. W. Thayer* for appellants.

*Wm. Nath'l Coggswell* for respondent.

ANDREWS, J., reads mem. for denial of motion,
All concur.
Motion denied.